# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TAWNY SHARP | ) | Case No. CV 11-07712 GAF (SPx) |
| | ) | |
| Plaintiff, | ) | *Assigned to the Hon. Gary A. Feess* |
| | ) | |
| vs. | ) | **JUDGMENT OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE. | ) | |
| | ) | |
| Defendants. | ) | |

On April 4, 2012, the Motion to Dismiss of Defendant DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2005-OPT3, ASSET-BACKED CERTIFICATES, SERIES 2005-OPT3 (erroneously sued herein as Deutsche Bank National Trust Company, as Trustee) (the "Trust" or "Defendant") to the Second Amended Complaint of Plaintiffs Tawny Sharp and Davis Walters ("Plaintiffs") was taken under

submission by the Honorable Gary A Fees. On May 2, 2012 the Court issued its Order granting Defendant's Motion to Dismiss with prejudice. In connection with the Order,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. A judgment of Dismissal with Prejudice is entered in favor of Defendant DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2005-OPT3, ASSET-BACKED CERTIFICATES, SERIES 2005-OPT3 and against Plaintiffs, TAWNY SHARP AND DAVID WALTERS.

**IT IS SO ORDERED.**

Dated: May 11, 2012

Honorable Gary A. Fees
Judge of the District Court